# ELECTRONIC RECORD

COA # 02-14-00368-CR          OFFENSE: 22.021

STYLE: Lester Fane Webb v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 1

DATE: 06/11/2015          Publish: NO          TC CASE #: 1304635D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Lester Fane Webb v. The State of Texas

_____ APPELLANT'S _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 09/16/2015

JUDGE: Per Curiam

CCA #: 829-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**